PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

JAN 4 2024 AM 8:38
FILED - USDC - NDTX - LU

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

John Gabriel Rios #171092 and #11061
Plaintiff's Name and ID Number

Lubbock County Sheriff's office/Detention center
Place of Confinement and
Lynn County Sheriff's office

CASE NO. 5:24-CV-006-H
(Clerk will assign the number)

v. Kelly S. Rowe
Lubbock County sheriff's office/Detention center
712 Broadway Street / 3502 North Holly Avenue
Lubbock, TX 79401 / Lubbock TX 79403
Defendant's Name and Address

Wanda Mason
Lynn county sheriff's office
810 Lockwood street
Tahoka, TX 79373
Defendant's Name and Address

Trey Wilson
Scurry county sheriff's office
400 37th street
Snyder, TX 79549
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.



1

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

  A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

  B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

  1. Approximate date of filing lawsuit: December 20th 2023
  2. Parties to previous lawsuit:

      Plaintiff(s) Rios

      Defendant(s) Burk et. al.,

  3. Court: (If federal, name the district; if state, name the county.) Northern Lubbock
  4. Cause number: 5:23-cv-00305-H
  5. Name of judge to whom case was assigned: Hendrix
  6. Disposition: (Was the case dismissed, appealed, still pending?) Still Pending
  7. Approximate date of disposition: Pending



2

I. Previous lawsuits:

| | | |
|---|---|---|
| Dec. 2023 | Rios v. Moron et.al., cause # unknown | Northern Lubbock Division |
| Dec. 2023 | Rios v. T. Smith et.al., cause # unknown | Northern Lubbock Division |
| Jan. 2024 | Rios v. Kelly S. Rowe et.al., cause # unknown | Northern Lubbock Division |
| Dec. 21st 2023 | Rios v. D. Miller et.al., cause # 5:23-cv-00306-C | |

⑥

II. PLACE OF PRESENT CONFINEMENT: Lubbock county sheriff's office/Detention center

III. EXHAUSTION OF GRIEVANCE PROCEDURES: Pending probably denied.

Have you exhausted all steps of the institutional grievance procedure?   ___YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Lynn John Gabriel Rios #1106 / John Gabriel Rios #17/092
810 Lockwood St    3502 North Holly Ave.
Tahoka, TX 79373    Lubbock TX 79403
Mailing: P.O. Box 10535
Lubbock, TX 79408

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Kelly S. Rowe/[a]; sheriff/employee's; Lubbock county sheriff's office/Detention center, 712 Broadway St Lubbock TX 79401/3502 North Holly Avenue Lubbock TX 79403; P.O. Box 10535 Lubbock TX 79408.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(Claim 1.) 18 U.S.C. §1202, U.S.C.A. IV. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII. (claim 3.) 18 USC §2385, U.S.C.A. XIV. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII. (claim 5.) 18 USC §2384, U.S.C.A. I.

Defendant #2: Wanda Mason/[a]; sheriff/employee's; Lynn county sheriff's office; 810 Lockwood Street Tahoka TX 79373.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(claim 1.) 18 USC §1202, U.S.C.A. IV. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII. (claim 3.) 18 U.S.C. §2385, U.S.C.A. XIV. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII. (claim 5.) 18 U.S.C. §2384, U.S.C.A. I.

Defendant #3: Trey Wilson/[a]; sheriff/employee's; Scurry county sheriff's office; 400 37th Street Snyder TX 79549

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(claim 1.) 18 U.S.C. §1202, U.S.C.A. IV. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII. (claim 3.) 18 U.S.C. §2385, U.S.C.A. XIV. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII. (claim 5.) 18 U.S.C. §2384, U.S.C.A. I.

Defendant #4: Melissa Jo McNamara/[a]; Magistrate/assisting magistrate; Lubbock county court house 904 Broadway St Lubbock TX 79401; 904 Broadway, Suite 420 Lubbock TX 79401.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(claim 1.) 18 U.S.C. §1202, U.S.C.A. IV. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII. (claim 3.) 18 U.S.C. §2385, XIV. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII. (claim 5.) 18 USC §2384, U.S.C.A. I.

Defendant #5: Sara L. Smith/[a]; District clerk/assisting clerk; Lubbock county court house 904 Broadway St Lubbock TX 79401; 904 Broadway, Room 105 Lubbock TX 79401

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
(claim 1.) 18 U.S.C. §1202, U.S.C.A. IV. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII. (claim 3.) 18 U.S.C. §2385, XIV. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII. (claim 5.) 18 U.S.C. §2384, U.S.C.A. I.

Defendant #6: Greg Abbott/[a]; Attorney General/assisting Attorney General; Office of the Attorney General; P.O. Box 12198 Austin, TX 79711-2198

Briefly describe the act(s) or omission(s) of this defendant which you claim harmed you.
(claim 1.) 18 U.S.C. §1202, U.S.C.A. IV., Tex. civ. prac. and Rem. code §30.004. (claim 2.) 18 U.S.C. §1962(c), U.S.C.A. IV., XIII., Tex. civ. prac. and Rem. code §30.004. (claim 3.) 18 U.S.C. §2385, U.S.C.A. XIV., Tex. Civ. Prac. and Rem. code §30.004. (claim 4.) 18 U.S.C. §2381, U.S.C.A. VIII., Tex. civ. prac. and Rem code §30.004. (claim 5.) 18 U.S.C. §2384, U.S.C.A. I., Tex. Civ. prac. and Rem. code §30.004.

3

V. STATEMENT OF CLAIM: 18 U.S.C. § 1202(a), U.S.C.A. IV.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(claim 1.) Ransom recieved March 30th 2022, 15000 dollars. Reward for John Gabriel Rios May 15th 2023 Lynn county sheriff's office, detainer, Unreasonable search and seizure, lawful warrant is unavailable. Lynn county sheriff's office 810 Lockwood street Tahoka Texas 79373, scurry county sheriff's office 400 37th street Snyder Texas 79549, Lubbock county sheriff's office/Detention center 3502 North Holly Avenue Lubbock Texas 79403, where, May 15th 2023 continued, December 1st 2023 continued, December 4th 2023 continued, when, Wanda Mason/[a], Trey Wilson/[a], Kelly S. Rowe/[a], Melissa Jo McNamara/[a], Sara L. Smith/[a], Greg Abbott/[a] with notice, who.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Pro-se fee of 1 Trillion dollars out of court 2 Trillion dollars in court per hour rounded up to the hour, court cost paid, money awards, slavery enforced. (claim 2.) both 10 years/Plaintiff's value plus 15000 dollars times milliseconds times two for fine. shall not violate search and seizure protection law.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John Gabriel Rios; Pro-se Representative; Pro-se Rep., foreign runner, running slave; running around; slaving around; ENSLAVED AGAIN!!; Son of satan; son of satin; Son of sin.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#25529; #11061; #171092, 10660, #15680; #1898762; 747007DDB;

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern / Lubbock
2. Case number: 5:21-cv-00058-H
3. Approximate date sanctions were imposed: March 28th 2022
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO



4

18 U.S.C. §1962(c), 18 U.S.C. §1962(c), U.S.C.A. IV, 18 U.S.C. §1962(c), 18 U.S.C. §1962(c), 18 U.S.C. §1962(c), U.S.C.A. XIII section 1, 18 U.S.C. §1962(c).

## V. STATEMENT OF CLAIM:

(Claim 2.) Unlawfully confined for reward, governmental subdivision only. Unlawful process compels civil suit to government, no State of Texas prosecution. Unreasonable search and seizure, lawful warrant is unavailable. Returned to a condition of peonage, 30,000 dollars. Labor obtained by force, unlawful process. Reckless disregard of the risk in participation, unlawful process. Chattel held to a punishment, no conviction for confinement. Foreign commerce affected by patterns of racketeering activity. Principals to unlawful process. Lynn County sheriff's office 810 Lockwood street Tahoka Texas 79373, Scurry county sheriff's office 400 37th street Snyder Texas 79549, Lubbock county sheriff's office/detention center 3502 North Holly Avenue Lubbock Texas 79403, where, May 15th 2023 continued, December 1st 2023 continued, December 4th 2023 continued, when, Wanda Mason/[a], Trey Wilson/[a], Kelly S. Rowe/[a], Melissa Jo McNamara/[a], Sara L. Smith/[a], Greg Abbott/[a] with notice, who.

## VI. RELIEF:

Pro-se fee of 1 Trillion dollars out of court and 2 Trillion dollars in court per hour rounded up to the hour, court cost paid, money awards, property awards, slavery enforced. (claim 2.) Civil forfeiture of property involved in specified unlawful activity having to do with Federal crime(s) of terrorism. Life imprisonment/value of plaintiff times milliseconds times two for fine/complete release from confinement of John Gabriel Rios, three times damages awarded/attorney fees paid/court cost paid/credited before to prisoner trust account. Shall not violate search and seizure rights. Shall enforce release of chattel.

(9)

V. STATEMENT OF CLAIM: 18 U.S.C. § 2385. U.S.C.A. XIV section 1.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(claim 3.) Willfully advocated unlawful process, overthrowing State of Texas Government. Citizens rights not to be abridged, without due process of law. Lynn county sheriff's office 810 Lockwood Street Tahoka Texas 79373, Scurry county sheriff's office 400 37th Snyder Texas 79549, Lubbock county sheriff's office/detention center 3502 North Holly Avenue Lubbock Texas 79403, where, May 15th 2023 continued, December 1st 2023 continued, December 4th 2023 continued, when, Wanda Mason/[a], Trey Wilson/[a], Kelly S. Rowe/[a], Melissa Jo McNamara/[a], Sara L. Smith/[a], Greg Abbott/[a] with notice, who.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Pro-se fee of 1 Trillion dollars out of court and 2 Trillion dollars in court per hour rounded up to the hour, court cost paid, money awards, slavery enforced, (claim 3.) both 20 years/ value of John Gabriel Rios times milliseconds times two to be the fine. Shall enforce equal protection of law.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John Gabriel Rios, Pro-se Representitive; Pro-se Rep., foreign runner; running slave, running around; slaving around, ENSLAVED AGAIN.; son of satan; son of satin; son of sin.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#25524 Scurry county, #11061 Lynn county, #10660 Archer county, #171092 Lubbock county, FBI 747007DD8; #15680 Garza county #1898762 TDCJ.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ✓ YES ___ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): Northern Lubbock Division
2. Case number: 5:21-cv-00058-H
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied? ✓ YES ___ NO



4

V. STATEMENT OF CLAIM: 18 U.S.C. §2381, U.S.C.A. VIII.

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

(claim 4.) Citizens Pugnacious to nationality, failure to release in 48 hours. Punishment inflicted, without release. Lynn County Sheriff's office 810 Lockwood Street Tahoka Texas 79373, Scurry county Sheriff's office 400 37th Street Snyder Texas 79549, Lubbock county sheriff's office/Detention center 3502 North Holly Avenue Lubbock Texas 79403, where, May 15th 2023 continued, December 1st 2023 continued, December 4th 2023 continued, when, Wanda Mason/[a], Trey Wilson/[a], Kelly S. Rowe/[a], Melissa Jo McNamara/[a], Sara L. Smith/[a], Greg Abbott/[a] with notice, who.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Pro-se fee of 1 Trillion dollars out of court and 2 Trillion dollars in court per hour rounded up to the hour, court cost paid, money awards, Death penalty enforced. (claim 4.) both Death penalty/value of John Gabriel Rios times milliseconds times two for fine. Shall not allow cruel and unusual punishment inflicted.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.
John Gabriel Rios; Prose Representative; Prose Rep.; foreign runner; Running slave; running around; slaving around; ENSLAVED AGAIN; son of Satan; son of Satin; son of sin.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.
#11061 Lynn County; #10660 Archer county; #171092 Lubbock county; #15680 Garza county; #1898762 T-DCJ; #25529 Scurry county; 747007 DDB;

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ✓ YES ___NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (if federal, give the district and division): Northern Lubbock Division
   2. Case number: 5:21-cv-00058-H
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied?  ✓ YES ___NO

4

18 U.S.C. § 2384. U.S.A. A. I.

## V. STATEMENT OF CLAIM:

(Claim 5.) Opposed by force the authority of the united States without release after 48 hours, delay. Self defense to A unlawful Process, Civil remedies unaffected. Lynn county sheriff's office 810 Lockwood Street Tahoka Texas 79373, Scurry county sheriff's office 400 37th Street Snyder Texas 79549, Lubbock county sheriff's office/detention center 3502 North Holly Avenue Lubbock Texas 79403, where. May 15th continued, December 1st 2023 continued, December 4th 2023 continued, when. Wanda Mason/[a], Trey Wilson/[a], Kelly S. Rowe/[a], Melissa Jo McNamara/[a], Sara L. Smith/[a], Greg Abbott/[a] with notice, who.

## VI. BELIEF:

Pro-se fee of 1 Trillion dollars out of court and 2 Trillion dollars in court per hour rounded up to the hour, money awards, slavery enforced. (claim 5.) both 20 years/Value of Plaintiff times milliseconds times two for fine. All remedies in civil suit.


(12)

Grievance # 18 103 811  File date 12-27-2023
Ransome recieved March 30th 2022, $15000. Reward for John Gabriel Rios May 15th 2023 Lynn county sheriff's office, Detainer. ² unlawfully confined for reward, governmental subdivision only. ³ unlawful process compels civil suit to government, no state of Texas prosecution. ⁴ Unreasonable search and seizure, lawful warrant is unavailable. ⁵ Returned to A condition of peonage, $30000. Labor obtained by force, unlawful process. ⁶ Reckless disregard of the risk in participation, unlawful process, chattel held to A punishment, no conviction for confinement. ~~Intrastate~~ Foreign commerce affected by patterns of racketeering activity, principals to unlawful process. ⁹ Willfully advocated unlawful process, overthrowing State of Texas Government. ¹¹ Citizens rights not to be abridged, without due process of law. ¹² Citizens pugnacious to nationality, failure

(13)

to release in person to punishment ordered without release[13] force the authority of the United States without release after 48 hours, delay.
[14] [15] self defense to a unlawful process, civil remedies unaffected. where May 12th 2023, December 1st 2023, December 5th 2023 continued when wanda mason/unidentified individuals or [a],

Submit to damages of imprisonment for may penalties and any release

(14)
2385 XIV, 2381 VIII, 2383 I
[10] [11] [12] [13] [14] [15]
2385

1803, 1209, 1201, 1203, II, 1581, 1589, 1593A, XIII, 1963
[1] [2] [3] [4] [5] [6] [7] [8] [9]

C.  Has any court ever warned or notified you that sanctions could be imposed?  ____YES ____NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division):_____
   2. Case number:_____
   3. Approximate date warning was issued:_____

Executed on: 12/27/2023
              DATE

John Gabriel Rios
_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this  twenty seventh  day of  December , 20 23 .
             (Day)                  (month)           (year)

John Gabriel Rios
_____
(Signature of Plaintiff)

**WARNING**: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.



5

Name: John Gabriel Rios
S.O.#: 171092
Lubbock County Jail
P.O. Box 10535
Lubbock, TX 79408-3535

RETURN SERVICE REQUESTED

FIRST CLASS



US POSTAGE PITNEY BOWES
ZIP 79401 $ 006.15⁰
02 4W
0000386595 JAN 02 2024

INDIGENT

LEGAL MAIL ONLY

Magistrate   5:23-cv-00305
Waivers      5:23-cv-00306
             5:23-cv-00304
             5:23-cv-00302

2X civil suits
     5:23-cv-00245
     Amended



RECEIVED
JAN - 4 2024
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

United States District Court
Northern District of Texas
Office of the Clerk
1205 Texas Ave., Room 209
Lubbock, TX 79401